**Harris Beach PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAQUITA L. RIOS and RICKY RIOS,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL MEDICAL CENTER;<br>KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>    Defendants. | Civil Action No.:  1:12-cv-07714-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiffs Naquita Rios and Ricky Rios, that Defendant Alaunus is hereby given an extension to February 1, 2013 to respond to Plaintiffs' Complaint.

Dated: January 3, 2013

| | |
|---|---|
| **HARRIS BEACH PLLC** | **SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.** |
| By:  /s/ Steven A. Stadtmauer    Frederick H. Fern    Steven A. Stadtmauer | By:  /s/ Mary T. Gidaro    Mary T. Gidaro    Michael F. Barrett |
| One Gateway Center Suite 2500 Newark, NJ 07102 (973) 848-1244 *sstadtmauer@harrisbeach.com* | 8000 Sagemore Drive Suite 8303 Marlton, NJ 08053 (856) 751-8383 *MGidaro@smbb.com* *MBarrett@smbb.com* |
| *Counsel for Defendant Alaunus Pharmaceutical, LLC* | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Complaint was served via the Court's ECF notification system on this 3rd day of January, 2013 to the counsel of record.

                                                            /s/ Steven A. Stadtmauer
                                                            Steven A. Stadtmauer