SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
8000 Sagemore Drive
Suite 8303
Marlton, NJ  08053
856-751-8383 (tele)
856-751-0868 (fax)
ATTORNEYS FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NAQUITA RIOS and RICKY RIOS,

                Plaintiffs,

      v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., d/b/a NEW ENGLAND
COMPOUNDING CENTER; AMERIDOSE,
LLC; ALAUNUS PHARMACEUTICAL,
LLC; PREMIER ORTHOPAEDIC AND
SPORTS MEDICINE. LLC trading as
PREMIER ORTHOPAEDIC ASSOCIATES;
SOUTH JERSEY HEALTHCARE; SOUTH
JERSEY REGIONAL MEDICAL CENTER;
KIMBERLEY YVETTE SMITH, M.D., a/k/a
KIMBERLEY YVETTE SMITH-MARTIN,
M.D.; JOHN DOE(S) CORPORATIONS (1-
4); JOHN DOE(S), M.D. (1-3),

                Defendants.

CIVIL ACTION NO.: 1:12-cv-07714

## ENTRY OF APPEARANCE

Kindly enter the appearance of Mary T. Gidaro, Esquire, of the law firm of Saltz,

Mongeluzzi, Barrett & Bendesky, P.C., as co-counsel on behalf of Plaintiffs, Naquita Rios and

Ricky Rios, in the above action.

Respectfully submitted,


*s/Mary T. Gidaro*
Michael F. Barrett
Mary T. Gidaro
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
8000 Sagemore Drive
Suite 8303
Marlton, NJ  08053
856-751-8383 (tele)

*Attorneys for Plaintiffs, Naquita Rios and Ricky Rios*


Dated:  January 3, 2012

## CERTIFICATION OF SERVICE

I, Mary T. Gidaro, hereby certify that on the date listed below I caused to be served a true

and correct copy of the foregoing *ENTRY OF APPEARANCE* on the following persons via the

Court's electronic filing system:

Frederick H. Fern
Steven A. Stadtmauer
David J. Dino
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, N.J. 07102
*Counsel for Defendants New England Compounding Pharmacy Inc.*
*and Alaunus Pharmaceutical, LLC*

Walter F. Timpone
Walter F. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemle Avenue
P.O. Box 2075
Morristown, NJ  07962
*Counsel for Defendant Ameridose, LLC*

Jay J. Blumberg
Law Offices of Jay J. Blumberg, Esq.
158 Delaware Street
P.O. Box 68
Woodbury, NJ  08096
*Counsel for Defendants, Premier Orthopaedic and Sports Medicine Associates of*
*Southern New Jersey, LLC and Kimberly Yvette Smith, M.D.*

Stephen A. Grossman
Montgomery, McCracken, Walker & Rhoads, LLP
Liberty View, 457 Haddonfield Road, Suite 600
Cherry Hill, NJ  08002
*Counsel for Defendants, South Jersey Healthcare*
*and South Jersey Regional Medical   Center*

> *s/ Mary T. Gidaro*
> Mary T. Gidaro

Dated: January 3, 2012