**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NAQUITA L. RIOS and RICKY RIOS** ) | |
| ) | |
| Plaintiffs, ) | **CIVIL ACTION** |
| ) | **NO. 12-cv-07714-RMB-JS** |
| v. ) | |
| ) | |
| **NEW ENGLAND COMPOUNDING** ) | |
| **PHARMACY, INC., d/b/a NEW ENGLAND** ) | |
| **COMPOUNDING CENTER;** ) | |
| **AMERIDOSE, LLC; ALAUNUS** ) | |
| **PHARMACEUTICAL, LLC; PREMIER** ) | |
| **ORTHOPAEDIC AND SPORTS MEDICINE** ) | |
| **ASSOCIATES OF SOUTHERN NEW** ) | |
| **JERSEY, LLC, also trading as PREMIER** ) | |
| **ORTHOPAEDIC ASSOCIATES; SOUTH** ) | |
| **JERSEY HEALTHCARE; SOUTH JERSEY** ) | |
| **REGIONAL MEDICAL CENTER;** ) | |
| **KIMBERLEY YVETTE SMITH, M.D., a/k/a** ) | |
| **KIMBERLEY YVETTE SMITH-MARTIN,** ) | |
| **M.D.; JOHN DOE(S) CORPORATIONS (1-4);** ) | |
| **and JOHN DOE(S) M.D. (1-3),** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michele Hunton of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC. I certify that I am an Attorney-at-Law admitted to practice before the New Jersey State Courts as well as the United States District Court for the District of New Jersey.

LAWSON & WEITZEN, LLP

*/s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com

1

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

            */s/ Michele Hunton*

            Michele Hunton
            Lawson & Weitzen, LLP
            88 Black Falcon Ave, Suite 345
            Boston, MA 02110
            Tel: (617) 439-4990
            mhunton@lawson-weitzen.com