UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAQUITA L. RIOS and RICKY RIOS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC., d/b/a NEW ENGLAND ) <br> COMPOUNDING CENTER; ) <br> AMERIDOSE, LLC; ALAUNUS ) <br> PHARMACEUTICAL, LLC; PREMIER ) <br> ORTHOPAEDIC AND SPORTS MEDICINE ) <br> ASSOCIATES OF SOUTHERN NEW ) <br> JERSEY, LLC, also trading as PREMIER ) <br> ORTHOPAEDIC ASSOCIATES; SOUTH ) <br> JERSEY HEALTHCARE; SOUTH JERSEY ) <br> REGIONAL MEDICAL CENTER; ) <br> KIMBERLEY YVETTE SMITH, M.D., a/k/a ) <br> KIMBERLEY YVETTE SMITH-MARTIN, ) <br> M.D.; JOHN DOE(S) CORPORATIONS (1-4); ) <br> and JOHN DOE(S) M.D. (1-3), ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 12-cv-07714-RMB-JS |

**ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the Defendant, Alaunus Pharmaceutical, LLC ("Alaunus"), states that it does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus' stock.

                                                  LAWSON & WEITZEN, LLP

                                                  */s/ Michele Hunton*

                                                  Michele Hunton
                                                  Lawson & Weitzen, LLP
                                                  88 Black Falcon Ave, Suite 345
                                                  Boston, MA 02110
                                                  Tel: (617) 439-4990
                                                  mhunton@lawson-weitzen.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                              */s/ Michele Hunton*

                              Michele Hunton
                              Lawson & Weitzen, LLP
                              88 Black Falcon Ave, Suite 345
                              Boston, MA 02110
                              Tel: (617) 439-4990
                              mhunton@lawson-weitzen.com