**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAQUITA L. RIOS and RICKY RIOS,<br><br>       Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL MEDICAL CENTER;<br>KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>       Defendants. | Civil Action No.: 1:12-cv-07714-RMB-JS<br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFFS' COMPLAINT** |

   IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiffs Naquita Rios and Ricky Rios, that Defendant Alaunus is hereby given an extension to February 22, 2013 to respond to Plaintiffs' Complaint.

Dated:  February 21, 2013

| | |
|---|---|
| **LAWSON & WEITZEN, LLP** | **SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.** |
| By: **/s/ Michele A. Hunton** | |
| Michele A. Hunton (NJ Bar # 01096) | By: **/s/ Mary T. Gidaro** |
| 88 Black Falcon Avenue | Mary T. Gidaro |
| Boston, MA 02210 | Michael F. Barrett |
| (617) 439-4990 | 8000 Sagemore Drive |
| *mhunton@lawson-weitzen.com* | Suite 8303 |
| | Marlton, NJ 08053 |
| *Counsel for Defendants* | (856) 751-8383 |
| *Alaunus Pharmaceutical, LLC* | *MGidaro@smbb.com* |
| | *MBarrett@smbb.com* |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 21st day of February, 2013 to the counsel of record.

/s/ Michele A. Hunton
Michele A. Hunton